# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | | |
|---|---|---|
| **STEVEN C. HAYES**<br>ADC #657050 | | **PLAINTIFF** |
| v. | Case No.: 4:21-CV-00347-LPR | |
| **LESLIE RUTLEDGE**, Attorney General<br>of Arkansas, *et al.* | | **DEFENDANTS** |
| | | |
| **WINSTON HOLLOWAY**<br>ADC #67507 | | **PLAINTIFF** |
| v. | Case No.: 4:21-CV-00495-LPR | |
| **ARKANSAS GENERAL ASSEMBLY**, *et al.* | | **DEFENDANTS** |
| | | |
| **ANTHONY D. LAMAR**<br>ADC #120479 | | **PLAINTIFF** |
| v. | Case No.: 4:21-CV-00529-LPR | |
| **ASA HUTCHINSON**, Governor of<br>Arkansas, *et al.* | | **DEFENDANTS** |
| | | |
| **BILLY JOE GRANTHAM**<br>ADC #551396 | | **PLAINTIFF** |
| v. | Case No.: 4:21-CV-00366-LPR | |
| **LESLIE RUTLEDGE**, Attorney General<br>of Arkansas | | **DEFENDANT** |

| | | |
|---|---|---|
| **RON HUGGINS**<br>ADC #143066 | | **PLAINTIFF** |
| v. | Case No.: 4:21-CV-00371-LPR | |
| **LESLIE RUTLEDGE**, Attorney General<br>of Arkansas | | **DEFENDANT** |

| | | |
|---|---|---|
| **WILLIAM HUFFORD**<br>ADC #89747 | | **PLAINTIFF** |
| v. | Case No.: 4:21-CV-00388-LPR | |
| **LESLIE RUTLEDGE**, Attorney General<br>of Arkansas | | **DEFENDANT** |

| | | |
|---|---|---|
| **RODNEY JOHNSON**<br>ADC #089646 | | **PLAINTIFF** |
| v. | Case No.: 4:21-CV-00403-LPR | |
| **LESLIE RUTLEDGE**, Attorney General<br>of Arkansas | | **DEFENDANT** |

| | | |
|---|---|---|
| **RONALD J. HAMILTON**<br>ADC #133523 | | **PLAINTIFF** |
| v. | Case No.: 4:21-CV-00404-LPR | |
| **LESLIE RUTLEDGE**, Attorney General<br>of Arkansas | | **DEFENDANT** |

**JOHN HAYES**                                                                                           **PLAINTIFF**
ADC #145724

v.                              Case No.: 4:21-CV-00407-LPR

**LESLIE RUTLEDGE, Attorney General**                                        **DEFENDANT**
of Arkansas


**ISAIAH Z. WILLIAMS**                                                                           **PLAINTIFF**
ADC #172886

v.                              Case No.: 4:21-CV-00465-LPR

**LESLIE RUTLEDGE, Attorney General**                                        **DEFENDANT**
of Arkansas


**EARL GRIFFIN**                                                                                       **PLAINTIFF**
ADC #068635

v.                              Case No.: 4:21-CV-00480-LPR

**LESLIE RUTLEDGE, Attorney General**                                        **DEFENDANT**
of Arkansas


**MICAH WEBB**                                                                                         **PLAINTIFF**
ADC #130969

v.                              Case No.: 4:21-CV-00498-LPR

**ARKANSAS GENERAL ASEEMBLY**, *et al.*                                    **DEFENDANTS**

| | |
|---|---|
| **DEION JOHNSON**<br>ADC #162765 | **PLAINTIFF** |
| v.   Case No.: 4:21-CV-00499-LPR | |
| **ARKANSAS GENERAL ASSEMBLY**, *et al.* | **DEFENDANTS** |

| | |
|---|---|
| **JAMES BUTLER**<br>ADC #145762 | **PLAINTIFF** |
| v.   Case No.: 4:21-CV-00500-LPR | |
| **ARKANSAS GENERAL ASSEMBLY**, *et al.* | **DEFENDANTS** |

| | |
|---|---|
| **DARICK FOOTS**<br>ADC #103593 | **PLAINTIFF** |
| v.   Case No.: 4:21-CV-00504-LPR | |
| **ARKANSAS GENERAL ASSEMBLY**, *et al.* | **DEFENDANTS** |

| | |
|---|---|
| **EDDIE WARDWELL**<br>ADC #600086 | **PLAINTIFF** |
| v.   Case No.: 4:21-CV-00505-LPR | |
| **ARKANSAS GENERAL ASSEMBLY**, *et al.* | **DEFENDANTS** |

| | |
|---|---|
| **BRADLEY BERRY**<br>ADC #174273 | **PLAINTIFF** |
| v.   Case No.: 4:21-CV-00506-LPR | |
| **ARKANSAS GENERAL ASSEMBLY**, *et al.* | **DEFENDANTS** |

| | |
|---|---|
| **KENNETH MOORE**<br>ADC #157248 | **PLAINTIFF** |
| v.  Case No.: 4:21-CV-00507-LPR | |
| **ARKANSAS GENERAL ASSEMBLY**, *et al.* | **DEFENDANTS** |
| | |
| **JULIO MARQUEZ**<br>ADC #172981 | **PLAINTIFF** |
| v.  Case No.: 4:21-CV-00508-LPR | |
| **ARKANSAS GENERAL ASSEMBLY**, *et al.* | **DEFENDANTS** |
| | |
| **PAUL LANTHAM**<br>ADC #075647 | **PLAINTIFF** |
| v.  Case No.: 4:21-CV-00613-LPR | |
| **LESLIE RUTLEDGE**, Attorney General of<br>Arkansas, *et al.* | **DEFENDANTS** |
| | |
| **ANTHONY L. ABERNATHY**<br>ADC #105616 | **PLAINTIFF** |
| v.  Case No.: 4:21-CV-00689-LPR | |
| **LESLIE RUTLEDGE**, Attorney General<br>of Arkansas | **DEFENDANT** |

## **ORDER**

There are a large number of cases before me that bring various challenges to Arkansas Act 1110 of 2021 and the resulting diversion of payments from the federal government to inmates under the Coronavirus Aid, Relief, and Economic Security (CARES) Act, the Consolidated

Appropriations Act, and the American Rescue Plan Act (ARPA).  These cases meet the criteria for consolidation under Federal Rule of Civil Procedure 42.

Rule 42 gives me great discretion in determining the appropriate way to consolidate these cases.  I am going to consolidate these cases for all pre-trial purposes under the docket in *Hayes v. Rutledge*, 4:21-cv-00347-LPR.  This will be the master docket going forward.  All filings must be made in the master docket as opposed to the original member case docket.  Any pending motions in the member cases need to be moved to the master docket.

I am also going to designate *Hayes v. Rutledge*, 4:21-cv-00347-LPR, *Holloway v. Arkansas General Assembly*, 4:21-cv-00495-LPR, and *Lamar v. Hutchinson*, 4:21-cv-00529-LPR as appropriate and representative test cases to quickly move through the preliminary injunction and motion to dismiss process.

In *Hayes*, the Motion to Dismiss briefing is complete.  In *Holloway*, the Motion for Preliminary Injunction briefing is complete.  The State must provide a response to Mr. Lamar's Motion for Preliminary Injunction on or before August 30, 2021.  The Court will hold a joint hearing on the Motion to Dismiss in *Hayes* and the Motions for Preliminary Injunction in *Lamar* and *Holloway* on August 31, 2021 at 10:00 AM.  Mr. Lamar and Mr. Holloway may participate by video conference, if possible.

IT IS SO ORDERED this 23rd day of August 2021.

LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT